


UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

*Eastern Division at Columbus*

| | |
|---|---|
| CREATED BY: Chief OFO | STATEMENT OF CLAIM |
| Plaintiff | BREACH OF TREATY |
| Chief Ofo for the | TRESPASS ON INDIAN CNTRY |
| CASHBOX TRUST TRIBAL GOVERNMENT | UNLAWFUL IMPRISONMENT |
| ex rel. the Ohio Governor's Office and. | VIOLATION OF CIVIL RIGHTS |
| Attorney General's Office. | |
| VS | |
| Respondents | |
| Sheriff Deputy Hayes, Sheriff Ryan Cain, | |
| Vinton County Sheriff Department | CASE NO: |
| Vinton County Corrections and. | 2:24 CV 3492 |
| The County of Vinton Ohio | |
| Southeastern Ohio Regional Jail, § | JUDGE MORRISON |
| Defendants § | MAGISTRATE JUDGE VASCURA |

COMPLAINT FOR RELIEF

Chief Ofo for the Cashbox TRUST TRIBAL Government, ex rel. the Ohio Governor's Office and Attorney General Office, Plaintiff

v.

Sheriff Deputy Hayes, Sheriff Ryan Cain, Vinton County Sheriff Department, and Southeastern Ohio Regional Jail, Defendants. All are citizens and or incorporated of and in the state of Ohio

COMPLAINT FOR TRESPASS, BREACH OF TREATY, UNLAWFUL IMPRISONMENT, AND VIOLATION OF CIVIL RIGHTS

---

INTRODUCTION

1. Plaintiff Chief Ofo, on behalf of the Cashbox TRUST TRIBAL Government and ex rel. the Ohio Governor's Office and Attorney General, brings this action against Defendants Sheriff Deputy Hayes, Sheriff Ryan Cain, the Vinton County Sheriff Department, and Southeastern Ohio Regional Jail for their unlawful actions against Antonia Bey, a Native American citizen of the Ofo Band of the CASHBOX TRUST TRIBAL GOVERNMENT.

JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 as this case arises under the Constitution, laws, or treaties of the United States.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in this District.

PARTIES

4. Plaintiff Chief Ofo represents the Cashbox TRUST TRIBAL Government and acts ex rel. the Ohio Governor's Office and Attorney General.

5. Defendant Sheriff Deputy Hayes is an employee of the Vinton County Sheriff Department, Ohio.

6. Defendant Sheriff Ryan Cain is the Sheriff of Vinton County, Ohio.

7. Defendant Vinton County Sheriff Department is a law enforcement agency in Vinton County, Ohio, and The County of Vinton Ohio.

8. Defendant Southeastern Ohio Regional Jail + Vinton County Corrections is a correctional facility located in Ohio.

FACTUAL ALLEGATIONS

9. On 06/17/24, Antonia Bey, a Native American, was traveling on Indian Country near Vinton County, Ohio.

10. Defendant Sheriff Deputy Hayes who is being sued in his individual capacity for Sheriff Ryan Cain unlawfully stopped Antonia Bey without reasonable suspicion or probable cause. See exhibit A

11. Defendant Sheriff Deputy Hayes for, Sheriff Ryan Cain who is being sued in his individual capacity and the Vinton County Sheriff Department conducted the stop and subsequent actions in violation of policy and procedures.

12. Defendants unlawfully seized sacred property belonging to Antonia Bey, including but not limited to an arrowhead necklace, books, bracelets, and a vehicle.

13. Antonia Bey was arrested and unlawfully imprisoned without consent and against his will.

14. Antonia Bey was transported to Southeastern Ohio Regional Jail and subjected to unlawful actions and treatment. See exhibit B and C

15. These actions *per defendants official policies & procedures* constitute a breach of treaty rights, trespass, and violation of civil rights under federal and state law.and therefore has directly threatened the interests of CASHBOX TRUST TRIBAL GOVERNMENT and its members.

CLAIMS FOR RELIEF

Count I: Trespass
16. Plaintiff realleges and incorporates by reference all preceding paragraphs.
17. Defendants unlawfully entered and interfered with the personal property of Antonia Bey.

Count II: Breach of Treaty
18. Plaintiff realleges and incorporates by reference all preceding paragraphs.
19. Defendants' actions constitute a breach of treaty rights guaranteed to Native Americans.

Count III: Unlawful Imprisonment
20. Plaintiff realleges and incorporates by reference all preceding paragraphs.
21. Defendants unlawfully detained and imprisoned Antonia Bey without legal justification, *per their official policies.*

Count IV: Violation of Civil Rights (42 U.S.C. § 1983)
22. Plaintiff realleges and incorporates by reference all preceding paragraphs.
23. Defendants, acting under color of state law, deprived Antonia Bey of rights secured by the Constitution and laws of the United States, including the Fourth Amendment right to be free from unreasonable searches and seizures.

Count IV: Violation of Indian Civil Rights (25 U.S.C. § 1302)
24. Plaintiff realleges and incorporates by reference all preceding paragraphs.



25. Defendants, acting under color of state law, deprived Antonia Bey of rights secured by the Constitution and laws of the United States, including the Fourth Amendment right to be free from unreasonable searches and seizures.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Declare that Defendants' actions violated tribal, federal and state law;
B. Award compensatory and punitive damages to Plaintiff; 48hrs×60min×$1000=$2,880,000
C. Issue immediate injunctive and declaratory relief as appropriate against Defendants;
D. Award Plaintiff reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988; and
E. Grant such other and further relief as this Court deems just and proper.
F. Issue writ of replevin, execution, seizure and delivery in favor of Plaintiff

JURY TRIAL DEMANDED

Plaintiff demands a trial by jury on all issues so triable.

Dated: 06/20/24

Respectfully submitted,

_____
Chief OFO for
CASHBOXTRUSTTRIBALGOVERNMENT
[50 RADER LN]
[Clifton CDP, WV State 25260] North America
[Contactofoband@gmail.com]

Certificate of Service

I, Chief OFO in behalf of The CASHBOX TRUST TRIBAL GOVERNMENT, certify that on 06/21/2024, I served a copy of the the summons and complaint upon all parties via mail.

This certificate is issued in accordance with the requirements of service as stipulated by applicable laws.

Signed:

_____

Chief OFO
Treasurer
CASHBOX TRUST TRIBAL GOVERNMENT 06/21/2024



# TO DEFENDANT: SUMMONS YOU ARE SUMMONED AND ORDERED TO APPEAR

ON **6/25/24** AT **9:00** IN _____ COUNTY _____ COURT
AT **McARTHUR**, **VINTON** COUNTY, OHIO
☐ CITY ☐ VILLAGE ☐ TOWNSHIP

PERSONAL APPEARANCE REQUIRED: ☒ YES ☐ NO    If you fail to appear at this time and place you may be arrested or your license may be cancelled.

TICKET# **191979**    CASE# **24-06-0513**    REFERENCE# _____
NAME **Antonia Bell-Otopalik**
STREET, CITY _____
COUNTY, STATE, ZIP _____ GA 30016
PHONE# _____    TEXT/PHONE NOTIFICATION APPROVED? ☐ YES ☐ NO

| OPERATOR LICENSE / STATE ID# ☐ NONE* | BIRTH DATE | ISSUE DATE | STATE |
|---|---|---|---|
| 066379 | 9/15/94 | 7/17/22 | GA |

* IF NO OL/STATE ID; REQUIRED DOCUMENTATION ATTACHED: ☐ YES

| CLASS | EXPIRES | ENDORSEMENT(s)/RESTRICTION(s) | SS# (last 4 digits) |
|---|---|---|---|
| C | 9/15/30 | ☐ CDL ☐ MC ☐ OTHER: | 1463 |

| SEX | HEIGHT | WEIGHT | EYES | HAIR | RACE | FINANCIAL RESPONSIBILITY PROOF? |
|---|---|---|---|---|---|---|
| F | 5'0 | | BR | BLK | B | ☐ YES ☒ NO ☐ N/A |

## TO DEFENDANT: COMPLAINT ON **6/17/24** AT **14:38** AM/PM, YOU

Operated/Passenger/Parked/Walked a ☒ PASSENGER ☐ MOTORCYCLE ☐ BICYCLE ☐ OTHER: _____
☐ COMMERCIAL DOT# _____ ☐ ≥26,001 LBS. ☐ <16 PASS. BUS ☐ ≥16 PASS. BUS ☐ HAZ. MAT.
VEHICLE: YEAR _____ MAKE **N. Sean** MODEL **Rks**
COLOR _____ LICENSE # **None** STATE _____
UPON A PUBLIC HIGHWAY, NAMELY **US-50** DIRECTION **E**
AT/NEAR **Old McArthur Rd** (M.P. _____)
IN THE **TWP** OF _____ IN **VINTON**
COUNTY #: **82** STATE OF OHIO AND COMMITTED THE FOLLOWING OFFENSE(S).

| | | | ORC | ORD | T.P. |
|---|---|---|---|---|---|
| SPEED: **06** MPH IN **55** MPH ZONE ☐ OVER LIMITS ☐ UNSAFE FOR CONDITIONS ☐ ACDA ☐ RADAR ☐ AIR ☐ VASCAR ☐ PACE ☐ LASER ☐ STATIONARY ☐ MOVING | | | | | |
| OVI: ☐ UNDER THE INFLUENCE OF ALCOHOL/DRUG OF ABUSE. ☐ IN PHYSICAL CONTROL OF VEHICLE. ☐ PROHIBITED BLOOD ALCOHOL CONCENTRATION. _____ BAC ☐ BLOOD ☐ BREATH ☐ URINE ☐ REFUSED # OF PRIOR OVIs _____ YEARS OF PRIOR OVIs _____ PRIOR OVIs: | | | ☐ | ☐ | ☐ |
| DRIVER LICENSE: ☐ NONE ☐ NOT ON PERSON ☐ REVOKED ☐ SUSPENDED EXPIRED: ☐ <6 MONTHS ☐ >6 MONTHS ☐ FAILURE TO REINSTATE SUSPENSION TYPE: _____ | | | ☐ | ☐ | ☐ |
| SAFETY BELT: FAILURE TO WEAR ☐ DRIVER ☐ PASSENGER ☐ CHILD RESTRAINT ☐ BOOSTER SEAT | | | ☐ | ☐ | ☐ |
| OTHER OFFENSE: **Display of license plate** | | | ☒ ORC **4503.21** | ☐ ORD | ☐ T.P. |

☐ DRIVER LICENSE HELD    ☐ VEHICLE SEIZED    ☐ JUVENILE TRAFFIC OFFENDER
☐ DISTRACTED DRIVING PENALTY ENHANCEMENT APPLIES (REMARKS REQUIRED)

PAVEMENT: ☒ DRY ☐ WET ☐ SNOW ☐ ICE   # OF LANES: **2**
VISIBILITY: ☒ CLEAR ☐ CLOUDY ☐ DUSK ☐ NIGHT ☐ DAWN   ☐ A/V
WEATHER: ☐ RAIN ☐ SNOW ☐ FOG ☒ NO ADVERSE   ☐ CONSTRUCTION ZONE
TRAFFIC: ☐ HEAVY ☒ MODERATE ☐ LIGHT ☐ NONE   ☐ WORKERS PRESENT
AREA: ☐ BUSINESS ☐ FREEWAY ☐ INDUSTRIAL ☐ RESIDENTIAL ☒ RURAL ☐ SCHOOL
CRASH: ☐ YES ☒ NO ☐ ALMOST CAUSED ☐ NON-INJURY ☐ INJURY ☐ FATAL
CRASH REPORT # _____
REMARKS: _____

ACCOMPANYING CRIMINAL CHARGE(S): ☒ YES ☐ NO    TOTAL # OFFENSES: **2**

This summons served personally on the defendant on **6/17/24**
The issuing/charging law enforcement officer states under the penalties of perjury and falsification that he/she has read the above complaint and that it is true.

_signature_ **Hayes**
CHARGING LAW ENFORCEMENT OFFICER

| COURT CODE | UNIT | POST | DISTRICT |
|---|---|---|---|
| 8210 | — | — | — |
| 8202 | — | — | — |

ISSUING LAW ENFORCEMENT OFFICER   ☒ SAME AS ABOVE
ISSUING OFFICER: VERIFY DEFENDANT'S ADDRESS. IF DIFFERENT FROM LICENSE ADDRESS, WRITE CURRENT ADDRESS IN SPACE PROVIDED.
OHP 0060 01/20 HP7 110-0060-00 [760-0807]    **DEFENDANT'S COPY**

**TO DEFENDANT: Read this material carefully.**

☐ **Personal Appearance Required.**
If the officer marked this block on the face of the ticket, you must appear in court. Your **appearance in court is required** because the offenses cannot be processed by a traffic violations bureau.

**Failure to Appear** and/or **Pay:**
- The posting of bail or depositing your license as bond is to secure your appearance in court or the processing of the offenses through a traffic violations bureau. It is not a payment of fines or costs.
- If you do not appear at the time and place stated in the citation or if you do not timely process this citation through a traffic violations bureau, your license may be cancelled.
- Also, a warrant may be issued for your arrest, and you may be subject to additional criminal penalties.

These **offenses require court appearance** and may not be processed by a traffic violations bureau:
- Any indictable offense;
- Operating a vehicle under the influence of alcohol or any drug of abuse;
- Leave scene of accident;
- Driving while under suspension or revocation of driver's or commercial driver's license when jail is a possible penalty [Tr.R. 13(B)(4)];
- Driving without being licensed to drive when jail is a possible penalty [Tr.R. 13(B)(5)];
- A third moving traffic offense within 12 months;
- Passing a standing school bus;
- Willfully eluding or fleeing a police officer;
- Drag racing.

☐ **Waiverable through traffic violations bureau.**
If you are charged with offenses other than those listed above, you may, at any time prior to arraignment, **plead guilty** to the offenses charged and dispose of the case without court appearance by:
 (1) appearing personally at the traffic violations bureau, signing the waiver printed below and paying the fines and costs, or
 (2) signing the waiver printed below and mailing it and a check, money order, or other approved payment for the total of the fines and costs to the traffic violations bureau at this traffic violations bureau address:

### INSURANCE WARNING

**Under Ohio law** you are required to show proof of financial responsibility or insurance. If you did not do so at the time of receiving this ticket, **you must submit proof** of insurance when you appear in court on these offenses.

**If you do not submit the required proof:**
- your driver's license will be suspended and
- you may be subject to additional fees and insurance sanctions.

If you have any questions regarding the **proof filing,** you may call the traffic violations bureau at the telephone indicated.

For information regarding your **Duty To Appear** or the **Fines and Costs** amount(s), call:

Telephone Number(s) / Court Web Address

### CONTESTED CASE; COURT APPEARANCE REQUIRED

If you desire to **contest the offenses** or if court **appearance is required,** you must appear at the time and place stated in the summons.

### NOTICE TO DEFENDANT UNDER AGE EIGHTEEN

You **must appear** before the Juvenile Court at the time and place determined by that Court. The Juvenile Court will notify you when and where to appear.
This ticket will be filed with the Juvenile Court, and may be used as a juvenile complaint.

Juvenile Court Address

For information regarding your **Duty to Appear** at Juvenile Court, call:

Telephone Number(s) / Juvenile Court Web Address

### GUILTY PLEAS, NO CONTEST PLEAS, WAIVER OF TRIAL, PAYMENT OF FINES AND COSTS

I, the undersigned defendant, do hereby enter my written pleas of guilty to the offenses charged in this ticket. I realize that by signing these guilty pleas, I admit my guilt of the offenses charged and waive my right to contest the offenses in a trial before the court or jury. Further, I realize that a record of this plea will be sent to the Ohio Bureau of Motor Vehicles. I have not been convicted of, pleaded guilty to, or forfeited bond for two or more prior moving traffic offenses within the last 12 months. I plead guilty to the offense(s) charged.

FINES $ _____    X _____
                           Defendant's Signature
COSTS $ _____

TOTAL $ _____    Address _____
TICKET# _____

[#9 Reason for expected income]

Exhibit A

Unauthorized Practice of Law

181979

**To Defendant: SUMMONS** YOU ARE SUMMONED AND ORDERED TO APPEAR
ON 6/25/24 AT 9:00 IN _____ COUNTY _____ COURT
AT McARTHUR, VINTON COUNTY, OHIO
☐ CITY ☐ VILLAGE ☐ TOWNSHIP

PERSONAL APPEARANCE REQUIRED: ☒ YES ☐ NO — If you fail to appear at this time and place you may be arrested or your license may be cancelled.

TICKET# 181979  CASE# 24-06-093  REFERENCE#_____
NAME: Antonia Bell-a-___
STREET, CITY: 188 _____ Wy
COUNTY, STATE, ZIP: Covington, GA 30016
PHONE#_____  TEXT/PHONE NOTIFICATION APPROVED? ☐ YES ☐ NO

OPERATOR LICENSE / STATE ID# ☐ NONE*  070660379  BIRTH DATE 9/15/1984  ISSUE DATE 4/7/22  STATE GA
* IF NO OL/STATE ID, REQUIRED DOCUMENTATION ATTACHED: ☐ YES
CLASS C  EXPIRES 9/15/30  ENDORSEMENT(S)/RESTRICTION(S) ☐ CDL ☐ MC ☐ OTHER  SS# (last 4 digits) 9431
SEX F  HEIGHT 5.07  WEIGHT 159  EYES BR  HAIR BLK  RACE BLK  FINANCIAL RESPONSIBILITY PROOF? ☐ YES ☒ NO ☐ N/A

**TO DEFENDANT: COMPLAINT** ON 6/17/24 AT 14:38 AM/PM, YOU
Operated/Passenger/Parked/Walked a ☒ PASSENGER ☐ MOTORCYCLE ☐ BICYCLE ☐ OTHER
☐ COMMERCIAL DOT# ☐ 26,001 LBS ☐ <16 PASS. BUS ☐ 16 PASS. BUS ☐ HAZ. MAT.
VEHICLE: YEAR 2020  MAKE N  MODEL KICKS
COLOR BLU  LICENSE # ____  STATE ___
UPON A PUBLIC HIGHWAY, NAMELY US 50  DIRECTION E (M.P.___)
AT/NEAR Old McArthur Rd
IN THE TWP OF Elk IN VINTON
COUNTY #: 82  STATE OF OHIO AND COMMITTED THE FOLLOWING OFFENSE(S).

☒ SPEED: 66 MPH IN 55 MPH ZONE  ☐ ORC ☐ ORD ☐ T.P.
☐ OVER LIMITS ☐ UNSAFE FOR CONDITIONS ☐ ACDA
☐ RADAR ☐ AIR ☐ VASCAR ☐ PACE ☐ LASER ☐ STATIONARY ☐ MOVING

☐ OVI: ☐ UNDER THE INFLUENCE OF ALCOHOL/DRUG OF ABUSE.  ☐ ORC ☐ ORD ☐ T.P.
☐ IN PHYSICAL CONTROL OF VEHICLE.
☐ PROHIBITED BLOOD ALCOHOL CONCENTRATION. _____ BAC
☐ BLOOD ☐ BREATH ☐ URINE ☐ REFUSED
PRIOR OVIs: # OF PRIOR OVIs ___ YEARS OF PRIOR OVIs ___

☐ DRIVER LICENSE: ☐ NONE ☐ NOT ON PERSON ☐ REVOKED ☐ SUSPENDED  ☐ ORC ☐ ORD ☐ T.P.
EXPIRED: ☐ <6 MONTHS ☐ >6 MONTHS ☐ FAILURE TO REINSTATE
SUSPENSION TYPE: _____

☐ SAFETY BELT: FAILURE TO WEAR  ☐ ORC ☐ ORD ☐ T.P.
☐ DRIVER ☐ PASSENGER ☐ CHILD RESTRAINT ☐ BOOSTER SEAT

☒ OTHER OFFENSE: Display of license  ☒ ORC ☐ ORD ☐ T.P.
Plate  4503.21

☐ DRIVER LICENSE HELD ☐ VEHICLE SEIZED ☐ JUVENILE TRAFFIC OFFENDER
☐ DISTRACTED DRIVING PENALTY ENHANCEMENT APPLIES (REMARKS REQUIRED)

PAVEMENT: ☒ DRY ☐ WET ☐ SNOW ☐ ICE  # OF LANES 2
VISIBILITY: ☒ CLEAR ☐ CLOUDY ☐ DUSK ☐ NIGHT ☐ DAWN  ☐ A/V
WEATHER: ☐ RAIN ☐ SNOW ☐ FOG ☒ NO ADVERSE  ☐ CONSTRUCTION ZONE
TRAFFIC: ☐ HEAVY ☒ MODERATE ☐ LIGHT ☐ NONE  ☐ WORKERS PRESENT
AREA: ☐ BUSINESS ☐ FREEWAY ☐ INDUSTRIAL ☐ RESIDENTIAL ☒ RURAL ☐ SCHOOL
CRASH: ☐ YES ☒ NO ☐ ALMOST CAUSED ☐ NON-INJURY ☐ INJURY ☐ FATAL
CRASH REPORT #_____
REMARKS:_____

ACCOMPANYING CRIMINAL CHARGE(S): ☒ YES ☐ NO  TOTAL # OFFENSES: 2
This summons served personally on the defendant on 6/17/24
The issuing/charging law enforcement officer states under the penalties of perjury and falsification that he/she has read the above complaint and that it is true.

_Hayes_
CHARGING LAW ENFORCEMENT OFFICER

COURT CODE 8210 / 8202  UNIT ___  POST ___  DISTRICT ___

ISSUING LAW ENFORCEMENT OFFICER  ☒ SAME AS ABOVE
ISSUING OFFICER: VERIFY DEFENDANT'S ADDRESS. IF DIFFERENT FROM LICENSE ADDRESS, WRITE CURRENT ADDRESS IN SPACE PROVIDED.
OHP 0060 01/20 HP7 110-0060-00 [760-0807]  DEFENDANT'S COPY

*Unauthorized Practice of Law*

IN THE COUNTY COURT OF VINTON COUNTY, OHIO

STATE OF OHIO,
 Plaintiff,

Case No. CRB 24 00142

vs.

Antonia Bey
 Defendant.

FILED
JUN 18 2024
COUNTY COURT
VINTON COUNTY OHIO

ARRAIGNMENT

Exhibit B

CHARGES: Obstructing Official Business 2921.31 M-2

PENALTY: ≤ $750 fine + costs; ≤ 90 days jail; probation

EXPLANATION:

☑ CHARGES
☑ PENALTIES
☑ RIGHT TO COUNSEL, AND THE RIGHT TO A REASONABLE CONTINUANCE IN ORDER TO SECURE COUNSEL (Criminal Rule 10)
☑ RIGHT TO APPOINTED COUNSEL WITHOUT COST TO YOU IF YOU ARE UNABLE TO EMPLOY COUNSEL (Criminal Rule 44)(Non-Refundable $25.00 Fee)
   ☑ DEFENDANT REQUESTS COURT-APPOINTED COUNSEL
☑ RIGHT TO BAIL
   A. AMOUNT: $ $2500   10%
   B. CONDITIONS: 1. BE A LAW-ABIDING CITIZEN WITH NO FOURTH-DEGREE MISDEMEANORS OR ABOVE; 2. KEEP COURT INFORMED OF ANY ADDRESS AND TELEPHONE NUMBER CHANGES; 3. APPEAR AT ALL COURT HEARINGS; 4. APPEAR BEFORE THE SHERIFF/CHIEF OF POLICE OF MCARTHUR/HAMDEN WITHIN 24 HOURS TO SUBMIT TO FINGERPRINTING

☑ RIGHT TO A TRIAL BY JURY UPON WRITTEN DEMAND (Criminal Rule 23(A))

☑ RIGHT TO A TRIAL BY THE COURT (Criminal Rule 23(C))

☑ NEED MAKE NO STATEMENT AT ANY POINT IN THE PROCEEDING – ANY STATEMENT CAN AND MAY BE USED AGAINST YOU (Criminal Rule 10)

☐ IF CONVICTED, A RECORD OF CONVICTION WILL BE SENT TO THE BUREAU OF MOTOR VEHICLES AND BECOME A PART OF DRIVING RECORD

☐ IF CONVICTED, MAY BE UNLAWFUL TO SHIP, TRANSPORT, PURCHASE, OR POSSESS A FIREARM OR AMMUNITION

☐ TYPES OF PLEAS
   ☐ GUILTY          ☑ NOT GUILTY          ☐ NO CONTEST

OTHER ORDERS: _Unauthorized Practice of Law_

☑ SCHEDULE FOR PRETRIAL

☐ SCHEDULE FOR BENCH TRIAL ON OR BEFORE

☐ SCHEDULE FOR PRELIMINARY HEARING

☐ SCHEDULE FOR SENTENCING HEARING

DATED 6/18/2024

JUDGE JEFFREY R. GRIFFITH

Exhibit B

VINTON COUNTY COURT
100 East Main Street
Mcarthur, Ohio 45651
(740) 596-5000

**Unauthorized Practice of Law**

State of Ohio
State Of Ohio (Shf)

-vs-

Bey, Antonia N
185 MARY JANE LANE
COVINGTON GA  30016

FILED
JUN 18 2024
COUNTY COURT
VINTON COUNTY OHIO

Case No.: CRB 2400142

NOTICE OF HEARING

* * * * * * * * * * *

Violation: 2921.31 OBST. OFF. BUS.

You are hereby notified that the above case has been assigned for PRE-TRIAL on 07/09/2024 at 11:00 AM

Note:  *Exhibit C*

Jun 18, 2024

Shelley Reynolds
Clerk of Court

*Shelley Reynolds* (signature)
Clerk/Deputy Clerk

cc.

FILED
JUN 18 2024
COUNTY COURT
VINTON COUNTY, OHIO

## POSTING BOND AGREEMENT

**BOND DEPOSITED WITH THIS COURT IS ACCEPTED IN THE DEFENDANT'S NAME ONLY**

*You are about to post bond for a person accused of a traffic or criminal offense in this Court. This bond will be receipted in the name of the accused; if and when released, it will be released to the accused.

I hereby acknowledge and understand that this bond deposited by me with the Vinton County Court in the sum of $ **200.00** and a non-refundable bond fee of $ **25.** is deposited in the name of and for the Defendant. Case # **CRB 24-142**, and may be FORFEITED upon the Defendant's failure to comply with any of the following conditions:

1) Defendant must personally appear before this Court on **7/9/24** at **11:00 AM**, to answer to a charge of **OBST. OFF. BUS** in violation of O.R.C. **2921.31**.
2) If bound over to the Vinton County Common Pleas Court, MUST appear before that Court as ordered.
3) To attend all appearances in this Court as ordered.
4) To abide by all orders of this Court and not leave any appearance in this matter without permission from Court Clerk.
5) To appear for any jail sentence ordered by this Court at the designated date and time.
6) To comply with all probation requirements.
7) To comply with all conditions of bond and release.
8) If the Defendant is found guilty and given fine/costs/fees, the balance must be paid in FULL, or enter a payment plan agreement with this Court.
9) Promptly give written notice to this Court of any name/address/phone number changes.
10) NOTICE: If the Defendant has other fines or costs in the Vinton County Court, **THIS BOND WILL BE HELD AND/OR APPLIED TO SUCH FINES AND COSTS OWED TO THIS COURT BY THE DEFENDANT WITHOUT CONSIDERING WHO DEPOSITED THE MONEY WITH THE COURT.**

*Any remaining balance thereafter will be refunded by check payable to the **DEFENDANT**. Otherwise, any balance shall remain on deposit with the Court until full compliance or the Court orders FORFEITURE.

X **Rebecca Hanessian**          X **Rebecca Hanessian**
PRINT NAME                       SIGNATURE

X **50 Rader Lane, Macon, WV 25260**   **314-250-7773**   **6/18/2024**
ADDRESS                                PHONE              DATE

X _____   DATE
POSTED VINTON COUNTY SHERIFF'S OFFICE

**Shelly Ayers**                         **6/18/24**
VINTON COUNTY COURT CLERK - SARAH NESSER    DATE

[handwritten annotations: "Unauthorized Practice of Law", "Exhibit A+B"]